

| Com. v. Warren | 1402 MDA 2015 Affirmed | 12/15/2016 | CP–40–CR–0001307–2014 (Luzerne) |
|---|---|---|---|
| Stallworth v. Kerestes | 561 MDA 2016 Affirmed | 12/15/2016 | CI–14–03206 (Lancaster) |
| Com. v. Oliver | 846 MDA 2016 Vacated. and Remanded | 12/15/2016 | CP–22–CR–0000253–1996 (Dauphin) |
| Com. v. Rodriguez | 887 MDA 2016 Affirmed | 12/15/2016 | CP–36–CR–0002551–2006 (Lancaster) |
| In the Interest of C.B.; Appeal of S.K. | 1140 MDA 2016 Affirmed | 12/15/2016 | CP–36–DP–0000018–2015 (Lancaster) |
| In the Interest of G.B.; Appeal of S.K. | 1141 MDA 2016 Affirmed | 12/15/2016 | CP–36–DP–0000019–2015 (Lancaster) |
| Com. v. Houser | 856 WDA 2015 Affirmed | 12/15/2016 | CP–65–CR–0003802–2013 (Westmoreland) |
| Com. v. Coleman | 40 WDA 2016 Affirmed | 12/15/2016 | CP–02–CR–0000279–1988 CP–02–CR–0000281–1988 (Allegheny) |
| Com. v. Harris | 211 WDA 2016 Affirmed | 12/15/2016 | CP–02–CR–0008631–2011 (Allegheny) |
| A.D.W. v. L.A.K. | 507 WDA 2016 Affirmed | 12/15/2016 | No. 560 CD 2013 (Jefferson) |
| In the Interest of: A.R. | 508 WDA 2016 Affirmed | 12/15/2016 | CP–02–DP–0001680–2015 (Allegheny) |
| In the Interest of E.V.; Appeal of E.V. | 1261 EDA 2015 Affirmed | 12/16/2016 | CP–51–JV–0000135–2015 (Philadelphia) |
| Com. v. Lowry | 1458 EDA 2015 Affirmed | 12/16/2016 | CP–51–CR–0704141–1982 (Philadelphia) |
| Com. v. North | 1618 EDA 2015 Affirmed | 12/16/2016 | CP–51–CR–0012176–2007 (Philadelphia) |
| Com. v. Garrett | 1684 EDA 2015 Affirmed | 12/16/2016 | CP–23–CR–0001998–2013 (Delaware) |
| Rittenhouse 1603 v. Barbera [11] | 2068 EDA 2015 Affirmed | 12/16/2016 | No. 00080 December Term, 2014 (Philadelphia) |
| Com. v. Moore | 2795 EDA 2015 Affirmed | 12/16/2016 | CP–51–CR–0009849–2008 (Philadelphia) |

11. Petition for reargument denied February 16, 2017.